opinion filed October 29, 1948; released for publication November 24, 1948. Wayne C. Townley and Chester Thomson, for appellant; Branson Wright, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.

John Balaskas and Henry Thomas, Appellees, v. Victor S. Peters, Defendant.
Appeal of Anderson Plotz and Company, Inc., Appellant.

Gen. No. 44,393.

opinion filed November 1, 1948; rehearing denied November 15, 1948; released for publication November 16, 1948. Herman & Pollak, for appellant; Andrew J. O'Conor, of counsel; Myer H. Gladstone, for appellees. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.